# Monessen Volunteer Fire Department, Hose House No. 2 Charter Case.

Argued March 25, 1947.  Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

467

468

*Carroll Caruthers,* for appellant.

*Robert Engel,* with him *Vincent R. Smith,* for appellee.

*George H. Frich,* City Solicitor, for City of Monessen, intervenor.

PER CURIAM, April 14, 1947:

The decree of the court below is affirmed upon the opinion of Judge McWHERTER; costs to be paid by the appellant.